UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 20, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR F-05-00107 AWI |
| Plaintiff, ) | |
| v.  ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| DOMINIQUE NATASHA WILLIAMS, ) | |
| ) | |
| Defendant.  ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release DOMINIQUE NATASHA WILLIAMS, Case No. CR F-05-00107 AWI, Charge 18:371, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__  Release on Personal Recognizance

X  Bail Posted in the Sum of $ 100,000 secured by property to be posted w/i 2 weeks. Until then unsecured, co-signed by
__  Unsecured Appearance Bond $ defendant & her mother

__  Appearance Bond with 10% Deposit

__  Appearance Bond with Surety

__  Corporate Surety Bail Bond

X  (Other) Pretrial Services Supervision w/ conditions.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on April 20, 2005 at 2:40 p.m.

By _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal