DENNIS S. WAKS, Bar No. 142581
Acting Federal Defender
ROBERT W. RAINWATER, Bar #67212
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DOMINIQUE NATASHA WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05CR00107 AWI |
| Plaintiff, ) | STIPULATION TO MODIFY DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE AND ORDER THEREON |
| v. ) | |
| DOMINIQUE NATASHA WILLIAMS, ) | |
| Defendant. ) | Judge: Honorable Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, Kevin P. Rooney, Assistant United States Attorney, counsel for Plaintiff, and Robert W. Rainwater, Assistant Federal Defender, counsel for Defendant, that the conditions of pretrial release for defendant Dominique Natasha Williams shall be modified as follows:

1) The previously posted real property bond from Ms. Williams mother for $100,000 is deleted from the terms of her release.

2) In place of the property bond Ms. Williams agrees to be released on her own personal recognizance.

3) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

4) All the other conditions of release set by the court at the hearing on April 20, 2005, are to remain in full force and effect.

MCGREGOR W. SCOTT
United States Attorney

DATED: January 24, 2006                /s/ Kevin P. Rooney
Kevin P. Rooney
Assistant United States Attorney
Attorneys for PLAINTIFF


DENNIS S. WAKS
Acting Federal Defender


DATED: January 24, 2006                /s/ Robert W. Rainwater
Robert W. Rainwater
Assistant Federal Defender
Attorneys for Reed Daniel Francis

# **O R D E R**

IT IS SO ORDERED AND STIPULATED.

IT IS SO ORDERED.

**Dated:   January 24, 2006**                /s/ **Anthony W. Ishii**
0m8i78                                   UNITED STATES DISTRICT JUDGE

Stipulation to Modify Conditions of Pretrial Release