DENNIS S. WAKS, Bar ##142581
Acting Federal Defender
ROBERT R. RAINWATER, Bar #67212
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant Dominique Natasha Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:05-cr-00107 AWI |
| ) | |
| Plaintiff, ) | ORDER RE:  EXONERATION OF BOND AND |
| ) | RECONVEYANCE OF REAL PROPERTY |
| v. ) | |
| ) | |
| DOMINIQUE NATASHA WILLIAMS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

# **O R D E R**

On June 6, 2005, a Certified Deed of Trust and Straight Note were posted by Vivian Richardson on behalf of Defendant, Dominique Natasha Williams.  On January 1, 2006, a Stipulation to Modify Defendant's Conditions of Pretrial Release and Order Thereon, deleting the $100,000 property bond from the terms of Ms. Williams' release, was signed by United States District Court Judge Anthony W. Ishii. See Exhibit A, attached.  Therefore, as a property bond is no longer a requirement of her daughter's release, the defendant's  mother, Vivian Richardson, hereby requests the exoneration of the property bond.

///

Accordingly, **IT IS HEREBY ORDERED** that the property bond in the above-captioned case be exonerated and title to the real property located in Sacramento, California be reconveyed to the owner, Vivian Richardson. It is further ordered that all correspondence regarding reconveyance of the posted property be sent to Mrs. Richardson at the address previously provided to the court.

IT IS SO ORDERED.

**Dated:   January 27, 2006**              /s/ Anthony W. Ishii
0m8i78                                                    UNITED STATES DISTRICT JUDGE