PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:   1:05CR00107-01** |
| ) | |
| **DOMINIQUE NATASHA WILLIAMS** ) | |
| ) | |

On January 9, 2006, the above-named was placed on supervised release for a period of 36 months.  She has complied with the rules and regulations of supervision.  It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/   Kyriacos M. Simonidis (for)

**JOHN A. POGLINCO
Senior United States Probation Officer**

Dated:      June 19, 2008
                  Sacramento, California
                  JAP:jz

**REVIEWED BY:**      /s/   Kyriacos M. Simonidis
                                **KYRIACOS M. SIMONIDIS
                                Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:    Dominique Natasha WILLIAMS**
       **Docket Number:   1:05CR00107-01**
       **ORDER TERMINATING SUPERVISED RELEASE**
       **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that Dominique Natasha Williams be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:    July 1, 2008**                            /s/ Anthony W. Ishii
                                        UNITED STATES CHIEF DISTRICT JUDGE